ONE ELEVEN WINES & LIQUORS, INC., APPELLANT-PETI-
TIONER, v. DIVISION OF ALCOHOLIC BEVERAGE CON-
TROL, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Messrs. Busch & Busch* and *Mr. Theodore S. Meth* for the
petitioner.

*Mr. Arthur J. Sills* and *Mr. Michael C. Rudolph,* Deputy
Attorney General, for the respondents.

November 1, 1966. Granted.

IN THE MATTER OF THE ESTATE OF ANTHONY SALERNO,
DECEASED.

*Mr. Carlyle W. Crane* and *Mr. Edward W. Beglin, Jr.* for
the petitioners.

*Mr. Charles L. Morgan* and *Mr. Joseph G. Barbieri* for the
respondents.

November 1, 1966. Denied.

MARIE E. WAGNER, *ADMIX., ETC.,* PLAINTIFF-PETITION-
ER, v. LAKE SOLITUDE RECREATION CLUB, INC., *ET
AL.,* DEFENDANTS-RESPONDENTS AND A. ROBERT CA-
SALLA, DEFENDANT-RESPONDENT AND CROSS-PETI-
TIONER.

*Mr. Lewis C. Stanley* for the petitioner.

*Messrs. Jung, Selikoff & Rathman* for the respondent-cross-
petitioner.

November 1, 1966. Denied.